# Exhibit 17



## Performance Improvement Plan

Date:        February 7, 2011
TO:          Ivy Xiao Yan Tang
FROM:        David M. Nackley
CC:          PERSONNEL FILE
RE:          Performance Improvement Plan

**I.      PROBLEM SUMMARY AND HISTORY OF PREVIOUS DISCUSSIONS:**

Ivy was given a "2" overall rating for 2010 due to performance issues in her current role. Ivy needs to focus on being able to work independently and complete the required tasks of a PM without the assistance/ intervention from fellow PM's and relationship managers.

She needs to be able to use the resources available to her, Commercial Credit services Intranet and the Commercial banking Intranet sites as well as other pertinent informational sites and her prior training in credit, to produce independent and thorough analysis.

Ivy also needs to ensure that deadlines are met and her verbal/written communication skills are refined to avoid errors.

**II.      JOB RESPONSIBILITIES, EXPECTATIONS AND TIME FRAMES:**
The following steps should be taken to improve the performance deficiencies described above.

### EMPLOYEE

| # | Responsibility | Expectation | Action Plan & Time Frame |
|---|---|---|---|
| 1. | CPS Write-ups | Complete per timeframes:<br>New Client – 4 Days<br>Existing Client/Renewal- 2 Days<br>Cash Secured Transactions – 4 hours | Manager will review progress over next 30 days. |
| 2. | Spreads F-1 Model | Complete per timeframes:<br>3 years historical – 45 minutes<br>Proformas – 2 hours<br>Projections – ½ hours | Manager will review progress over next 30 days. |
| 3. | Risk Analyst Spreads | Complete per timeframes:<br>1 year 20-30 minutes | Manager will review progress over next 30 days. |
| 4. | CPS Toolbox | Complete per timeframes:<br>appendix 1 & II – 1 hour | Manager will review progress over next 30 days. |
| 5. | ORA – Dashboard | Complete per timeframes:<br>1 hour per client (Accuracy is key) | Manager will review progress over next 30 days. |
| 6. | Verbal/written communication skills | Ivy should ensure that all communications are grammatically correct and effective. | Manager will review progress over next 30 days. |

### MANAGER

| # | Responsibility | Commitment |
|---|---|---|
| 1. | Employee to understand PM performance Goals as per Handout dated 2-1-2011. | Review and make clear with employee these goals. |
| 2. | Assign work product on a weekly basis | Manager will review and note when assignments are distributed. |

- ▪ Management will meet with you on a weekly basis to review the overall status of each assignment.  Weekly meetings will include a discussion of the progress and each meeting will be documented.
- ▪ Management will make every attempt to coach you in the areas that need guidance.  If you need assistance or additional information to complete the above assignments, you will be given the information required.

Confidential Business Information


**Citizens**
Financial Group, Inc.

## Performance Improvement Plan

- Over the next 30 days, if you do not demonstrate immediate and sustained improvement or if other deficiencies arise, management will continue the Performance Management Improvement Process, which may result in further corrective action up to and including termination. During this period, you will not be eligible for a promotion or transfer within CFG or be eligible for any salary change, if applicable. In addition, you will not be eligible for incentive payments during this measurement period, or for a longer period, as applicable under your department's incentive plan.
- If after successfully completing this PIP, you revert to a performance level or behavior which warranted the PIP or if other deficiencies arise, you may be subject to further disciplinary action, up to and including termination, without repeating the steps in the performance management process.
- This PIP does not constitute a promise of continued employment for any period of time and your employment remains "at will".

** _See below)_

_____            _____
Employee's Signature                                          Date


_____            _____
Manager's Signature                                           Date


PLEASE FAX SIGNED COPY TO EMPLOYEE RELATIONS: 1-877-515-4763


** _I disagree with the Performance Improvement Plan._

_I felt the plan is the result of discriminatory_

_treatment based on my race, gender and national_

_origin_

_Ivy Tang_                                          _2/14/2011_

Confidential Business Information