# Exhibit 20

Ivy Tang
Portfolio Manager
Technology Group
28 State Street 15th Floor
Boston, MA 02109
617-725 - 5731 (Tel)
617-319-3126 (Cell)
Ivy.tang@rbscitizens.com
Tang.ivy@gmail.com

DATE:       02/27/2011

ATTENTION: Breeda Cosgrove
            HR Consultant
            Citizens Bank

Dear Ms. Cosgrove,

I have greatly valued - and continue to greatly value - my time and experience within the bank.

I also respect the need for and the process of performance reviews.

However, and respectfully, my present performance review was false, misleading, unfair, follows inappropriate words to me by the male manager who issued this "review" - and is, therefore, itself evidence of discrimination.

Moreover, it was issued by a manager who is not on site, who has intimated that Asian women do not, and in context, should not, like "argument" and are and, impliedly, should be "obedient," citing that he has several house girl maids from Thailand, and whose ill-treatment of me, including the ill-intentioned review, and his becoming ill-at-ease with me, commenced after his delivering to me male-female inappropriate words to which I did not respond to his desired intentions. He dwelled on the word "assume," emphasizing that it could be broken down into "ass," "you(u)" and "me." He may have considered all this very clever. However, it was very outrageous. He also asked me about my boyfriend and even tried to discuss dating services – all this on bank time.

I could provide further discussion in re, including rejoinders to, the false "review," but I value my career within the bank and wish no person's career ended - including mine. I will only say for now that the assertion that this Master's degree in finance is only suited for data entry is, on its face, false, outrageous, and indeed, ludicrous. It is itself strong evidence of the falsity of this "review."

I am a dedicated employee, often working more than 10 hours a day, including on various weekends and even vacations. My work has been highly professional and competent. Even the manager in question has praised my work in person. I have also consistently asked for more work and repeatedly requested the opportunity to work on larger and more challenging deals.

This past week, I logged many an hour on an assignment given me of a type I had never worked on before. While I relish new challenge, in context, I wonder what some motivations were.

Moreover, if I was only suited for data entry, why was I given a new and challenging assignment (and without extensive instruction, suggestions, and even supervision)?!?

Indeed, all of the above proves the falsity of the supposed "review."

Does one whose mere presence has become a personal embarrassment for a particular male manager through no fault of her own "obediently" agree to a false review? Would you?

What do you suppose his real, desired improvement plan for me would consist of?!?

Additionally, this manager threatened me after handing me his supposed "performance improvement plan," by stating: "You are being watched."

A male manager should not be allowed to extort female employees, including after a false performance "review."

How would YOU feel?!?

As an elegant remedial measure to and in this matter, I therefore respectfully request a transfer of me within the bank, and his recanting of an inappropriate, false document resulting from a very appropriate turn-down.

I would welcome internal investigation of this matter. However, you must know that a particular woman in our group appears very close to him.

Moreover, you will understand that such an employment matter as this requires that I only discuss this matter in writing, and I ask you to respect this real world reality.

In conclusion, I am a loyal and enthusiastic bank employee, but I cannot and will not allow my cherished bank career to be ended due to behavior such as his.

Again, as an elegant remedial measure to and in this matter, I respectfully request a transfer of me within the bank, and his recanting of an inappropriate, false document resulting from a very appropriate turn-down.

Your respectful, loyal, and still enthusiastic, but concerned, employee.


Sincerely,

*Ivy Tang*

Ivy Tang