UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **14-12550-WGY**

**TANG**
**Plaintiff**

v.

**CITIZENS BANK, N.A. et al**
**Defendant**

# JUDGMENT

This action came before the Court for a ruling on Defendants' Motion for Summary Judgment. The issues have been heard and the Court Orders the Motion for Summary Judgment is Allowed.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT S**

Citizens Bank, N.A. et al

**ROBERT M. FARRELL**
**Clerk**

  /s/ Jennifer Gaudet
**Deputy Clerk**

**July 29, 2015**