**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Tang v. Citizens Bank, N.A. et al

District Court Number: 14cv12550-WGY

Fee: Paid? Yes ____ No  X   Government filer ____ *In Forma Pauperis* Yes ____ No ____

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No  X  | Sealed documents | Yes  X  No ____ |
| If yes, document # | | If yes, document # | 79 |
| *Ex parte* documents | Yes ____ No  X  | Transcripts | Yes  X  No ____ |
| If yes, document # | | If yes, document # | 89 |

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____ Other: ____

Appeal from:

#37 Order on Motion to Compel, #41 Order on Change of Venue, #46 Order on Motion for Reconsideration

Other information:

Additional Appeal from: #54 Order, #65 Order on Motion for Protective Order, #85 Judgment

    I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#37, #41, #46, #54, #65, #85, and #91

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 91  filed on August 28, 2015.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 31, 2015.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**