AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Xiaoyan Tang | ) |
| v. | ) Case No.: 1:14-cv-12550 (WGY) |
| Citizens Bank, The Royal Bank of Scotland, David M. Nackley, and Does 1-10 | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __07/29/2015__ against __Xiaoyan Tang__,
                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ _____ |
| Fees for service of summons and subpoena ........................................... | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | __3,486.32__ |
| Fees and disbursements for printing .................................................. | _____ |
| Fees for witnesses *(itemize on page two)* ............................................ | __0.00__ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case.......................................... | _____ |
| Docket fees under 28 U.S.C. 1923 .................................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ..................................... | _____ |
| Compensation of court-appointed experts ............................................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ....................................................... | _____ |
| TOTAL | $ __3,486.32__ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   __/s Matthew D. Batastini__

Name of Attorney: __Matthew D. Batastini__

For: __Defendant Citizens Bank__     Date: __09/14/2015__
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*     *Deputy Clerk*     *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| PROSKAUER ROSE LLP | | | 11 TIMES SQUARE   NEW YORK, NY 10036-8299 | | CHECK NO.: 876751 |
|---|---|---|---|---|---|
| VCHR # | INV. # | DATE | ACCOUNT # | INVOICE DESCRIPTION | AMOUNT PAID |
| 2197866 | 109166 | 06-04-15 | | TRANSCRIPT | 1,678.60 |
| 2197867 | 109121 | 06-04-15 | | TRANSCRIPT | 1,807.72 |

THIS DOCUMENT IS PROTECTED BY ANTI-COUNTERFEITING MEASURES
THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND

**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036-8299

CHECK DATE: 06/11/15
CHECK NO. 876751
1-2/210967
OPERATING ACCOUNT
CHECK AMOUNT: **$3,486.32**

JP MORGAN CHASE BANK
1211 AVENUE OF THE AMERICAS
39TH FLOOR
NEW YORK, NY 10036

THREE THOUSAND FOUR HUNDRED EIGHTY-SIX AND 32/100 DOLLARS

PAY TO THE ORDER OF
DAVID FELDMAN WORLDWIDE, INC.
405 PARK AVENUE
16TH FLR
NEW YORK, NY 10022

THE BACK OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK-HOLD AT AN ANGLE TO VIEW



⑈876751⑈ ⑆021000021⑆ 967039010⑈

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109166 | 6/4/2015 | 39184 |
| Job Date | Case No. | |
| 5/17/2015 | | |
| Case Name | | |
| Xiaoyan Tang v. Citizens Bank, et al. | | |
| Payment Terms | | |
| Net 30, Interest at 1.5% / month | | |

*2197866* (handwritten)

Harold Brody, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA  90067-3206

---

ORIGINAL AND 1 COPY (EXPEDITED) OF TRANSCRIPT OF:

   Xiaoyan Tang                                                          1,678.60

      Exhibit Package                   6.00  Pages

      Shipping & Handling (O)

TOTAL DUE >>>      $1,678.60
AFTER 7/4/2015  PAY    $1,762.53

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

Harold Brody, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA  90067-3206

Invoice No.    :  109166
Invoice Date   :  6/4/2015
**Total Due**  :  **$1,678.60**
AFTER 7/4/2015  PAY  $1,762.53

*(handwritten: 1813610004)*
*(handwritten signature)*

Job No.    :  39184
BU ID      :  DFW CR
Case No.   :
Case Name  :  Xiaoyan Tang v. Citizens Bank, et al.

Remit To:   David Feldman Worldwide, Inc.
           405 Park Avenue, 16th Floor
           New York, NY  10022

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone: 212-705-8585   Fax: 212-705-8552

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109121 | 6/4/2015 | 39185 |
| Job Date | | Case No. |
| 5/17/2015 | | |
| Case Name | | |
| Xiaoyan Tang v. Citizens Bank, et al. | | |
| Payment Terms | | |
| Net 30, Interest at 1.5% / month | | |

2197867

Harold Brody, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

---

VIDEO DEPOSITION OF:

Xiaoyan Tang

| | | |
|---|---|---|
| Video - First Two Hours | | 250.00 |
| Video - Additional Hours | 5.50 Hours | 687.50 |
| Video Late Hours | | 187.50 |
| Technical Conversion/Synch | 7.50 | 562.50 |
| Media/DVD | | 39.00 |
| Shipping & Handling (O) | | 78.00 |
| SALES TAX | | 3.22 |

TOTAL DUE >>>    $1,807.72
AFTER 7/4/2015 PAY   $1,897.95

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

1813.60/6049

---

Harold Brody, Esq.
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

Invoice No.  : 109121
Invoice Date : 6/4/2015
**Total Due**  : **$1,807.72**
AFTER 7/4/2015 PAY $1,897.95

Job No.   : 39185
BU ID     : DFW Video
Case No.  :
Case Name : Xiaoyan Tang v. Citizens Bank, et al.

Remit To:   David Feldman Worldwide, Inc.
            405 Park Avenue, 16th Floor
            New York, NY 10022