# EXHIBIT 2

## Examples Of Defendants' Misconduct During This Litigation

---------- Forwarded message ----------
From: **Ivy Tang** <soareagles@gmail.com>
Date: Mon, Jun 15, 2015 at 2:15 PM
Subject: Re: Tang v. Citizens Bank
To: "Batten, Mark W." <mbatten@proskauer.com>

Mr. Batten,

Any such motion will be sanctionable as there are contested factual issues. I object to this waste of time.

Xiaoyan Tang

---------- Forwarded message ----------
From: Batten, Mark W. <mbatten@proskauer.com>
Date: Mon, Jun 15, 2015 at 12:13 PM
Subject: Tang v. Citizens Bank
To: "soareagles@gmail.com" <soareagles@gmail.com>

Ms. Tang, as you may know, I am one of the attorneys representing Citizens in this lawsuit. We are filing a motion for summary judgment today, asking that the court enter judgment in favor of Citizens without a trial. The court's rules require that I ask whether you will consent to such a motion. I'm quite sure that you do not consent, but the rules require that I ask, and that is the purpose of this email.

Mark W. Batten
Partner
Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9850
f 617.526.9899
mbatten@proskauer.com

---------- Forwarded message ----------
From: **Ivy Tang** <soareagles@gmail.com>
Date: Wed, May 13, 2015 at 9:20 PM
Subject: Re: Tang v. Citizens et al
To: "Deck, Laura E." <ldeck@proskauer.com>
Cc: "Batten, Mark W." <mbatten@proskauer.com>, "Batastini, Matthew D." <mbatastini@proskauer.com>, "Brody, Harold M." <HBrody@proskauer.com>, "carlton@wblawpartners.com" <carlton@wblawpartners.com>

Ms. Deck,

Objection to 4.5 hours on your notice. We agreed to 4 hours.

Also, I was very cooperative to Mr. Brody on May 1st, 2015 - even though he took some 10 hours, far exceeding the Federal rule of 7 hours.

BUT, on your previous letter, you not only never expressed your appreciation for Plaintiff"s cooperation but alleged I continued to refuse the deposition.

What a big lie!!!

The more lies, the more damages!

Xiaoyan Tang

---------- Forwarded message ----------
From: Deck, Laura E.
Sent: Monday, May 04, 2015 1:53 PM
Subject: Tang v. Citizens Bank et al

"As you know, Proskauer represents the Defendants in the above-captioned matter. As discussed at Ms. Tang's deposition, through no fault of our own, we were unable to complete her deposition on May 1. We need an additional four hours to complete the deposition.
…….

If Ms. Tang will not agree to continue her deposition on the generous terms outlined above, we will be forced to move to the court to compel her to appear for the rest of her deposition in Boston, where this case is venued.

……. **if Ms. Tang continues to refuse to cooperate**…."

**Laura E. Deck**
Attorney at Law

Proskauer

---------- Forwarded message ----------
From: <soareagles@gmail.com>
Date: Sun, May 17, 2015 at 2:21 PM
Subject: Re: Tang v. Citizens Bank et al
To: "Brody, Harold M." <HBrody@proskauer.com>
Cc: "Deck, Laura E." <ldeck@proskauer.com>

What do you mean? I have been here and waiting for the start of deposition since you opened the building door for me.

Xiaoyan Tang

---------- Forwarded message ----------
From: Brody, Harold M. <HBrody@proskauer.com>
Date: Sun, May 17, 2015 at 11:42 AM
Subject: Re: Tang v. Citizens Bank et al
To: "Deck, Laura E." <ldeck@proskauer.com>
Cc: "soareagles@gmail.com" <soareagles@gmail.com>

Ms tang. **We are awaiting your arrival.** Pls call me on my cell at your earliest convenience. 310.570.3030

Sent from my iPad

---------- Forwarded message ----------
From: Deck, Laura E. <ldeck@proskauer.com>
Date: Wed, May 13, 2015 at 7:17 AM
Subject: Tang v. Citizens et al
To: "soareagles@gmail.com" <soareagles@gmail.com>
Cc: "Batten, Mark W." <mbatten@proskauer.com>, "Batastini, Matthew D." <mbatastini@proskauer.com>, "Brody, Harold M." <HBrody@proskauer.com>, "carlton@wblawpartners.com" <carlton@wblawpartners.com>

Ms. Tang,

Attached please find a notice for the continuation of your deposition on May 17, 2015. Please note that the start time is 10:30am, rather than 10:00am, due to Mr. Brody's travel arrangements to your requested location of Palo Alto. We anticipate that we can complete your deposition in 4.5 hours on Sunday.

Regards,

**Laura E. Deck**
Attorney at Law

Proskauer