# United States Court of Appeals
## For the First Circuit

No. 15-2003

XIAOYAN TANG

Plaintiff - Appellant

v.

CITIZENS BANK, N.A., a/k/a Citizens, N.A., a/k/a Citizens, a/k/a RBS Citizens, N.A.; RBS CITIZENS, N.A.; ROYAL BANK OF SCOTLAND GROUP, a/k/a RBS; DAVID NACKLEY

Defendants - Appellees

Does 1-10

Defendant

**MANDATE**

Entered: June 10, 2016

In accordance with the judgment of May 19, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Matthew D. Batastini
Mark W. Batten
Julie Elisabeth Green
Alison M. Langlais
Rebecca Jane Sivitz
Xiaoyan Tang