Xiaoyan Tang

P.O.Box 92
Menlo Park, CA 94025
Soareagles@gmail.com
(617) 319-3126

In Propria Personam

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XIAOYAN TANG,<br><br>   Plaintiff,<br><br>   v.<br><br>CITIZENS BANK (a/k/a CITIZENS BANK, N.A., a/k/a CITIZENS, N.A. a/k/a CITIZENS, a/k/a RBS CITIZENS, N.A.); RBS CITIZENS, N.A. THE ROYAL BANK OF SCOTLAND GROUP (a/k/a RBS); DAVID M. NACKLEY, and Does 1-10,<br><br>   Defendants. | Civil Action No.: 1:14-CV-12550 |

## MOTION TO POSTPONE STATUS CONFERENCE HEARING
## FOR 30 DAYS

  Plaintiff Xiaoyan Tang respectfully requests that this Court postpone the status conference hearing for 30 days.

  Plaintiff currently is proceeding as *pro se*. Plaintiff is in process of negotiating with new counsel, who is out of state until July 3rd 2016; new counsel will represent

Plaintiff in these proceedings.

     I hereby declare, under penalty of perjury, under the laws of this jurisdiction, that the foregoing is true and correct, except where stated on information or belief, and in any such instance, I believe the same to be true.

Respectfully submitted,

Date: June 16, 2016

/s/Xiaoyan Tang

_____
XIAOYAN TANG
In Propria Personam

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on the Defendants via the Court's CM/ECF system, this 16th of June, 2016.

Dated:  June 16, 2016

/s/Xiaoyan Tang

_____
XIAOYAN TANG
In Propria Personam