## UNITED STATES COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **XIAOYAN TANG,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CITIZENS BANK (a/k/a CITIZENS BANK, N.A., a/k/a CITIZENS, N.A. a/k/a CITIZENS, a/k/a RBS CITIZENS, N.A.); RBS CITIZENS, N.A. THE ROYAL BANK OF SCOTLAND GROUP (a/k/a RBS); DAVID M. NACKLEY, and Does 1-10.**<br><br>*Defendants.* | Civil Action No. 1:14-cv-12550-WGY |

## **DEFENDANTS' PROPOSED TRIAL MATERIALS**

Pursuant to the Court's Order dated January 6, 2017 (Dkt. 118), Defendants' respectfully submit following proposed trial materials:

- Proposed questions for the voir dire examination of the jury (attached hereto as Exhibit A);

- Requests for instructions to the jury with citations to supporting authority (attached hereto as Exhibit B); and

- A proposed special verdict form (attached hereto as Exhibit C).

A final list of exhibits both agreed to and objected to was jointly filed by parties on February 2, 2017 (Dkt. 128).

Dated:  February 3, 2017

                                              Respectfully submitted,

                                              */s/* Mark W. Batten
                                              Mark W. Batten (BBO #566211)
                                              Rebecca J. Sivitz (BBO #684374)
                                              Samantha L. Regenbogen (BBO #690763)
                                              PROSKAUER ROSE LLP
                                              One International Place
                                              Boston, MA 02110
                                              Phone: (617) 526-9600
                                              Fax: (617) 526-9899
                                              mbatten@proskauer.com

                                              *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on counsel for Plaintiff this 3rd day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　*/s/* Mark W. Batten

　　　　　　　　　　　　　　　　　　　　　　　Mark W. Batten