# EXHIBIT C

**UNITED STATES COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **XIAOYAN TANG,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CITIZENS BANK (a/k/a CITIZENS BANK, N.A., a/k/a CITIZENS, N.A. a/k/a CITIZENS, a/k/a RBS CITIZENS, N.A.); RBS CITIZENS, N.A. THE ROYAL BANK OF SCOTLAND GROUP (a/k/a RBS); DAVID M. NACKLEY, and Does 1-10.**<br><br>*Defendants.* | Civil Action No. 1:14-cv-12550-WGY<br><br>February 3, 2017 |

## [DEFENDANTS' PROPOSED] SPECIAL VERDICT FORM

According to the law as instructed by the Court and the facts as you find them, please answer the following questions:

**QUESTION 1.** Did the plaintiff prove by a preponderance of the evidence that requests for sexual favors were made a condition of employment or the basis for employment decisions?

*If your answer is Yes, your verdict is for Ivy Tang.  If your answer is No, your verdict is for Citizens Bank and David Nackley.*

\_\_\_ YES                                    \_\_\_ NO

**PROCEED TO QUESTION 2.**

**QUESTION 2.**  Did the Plaintiff prove by a preponderance of the evidence that she was retaliated against, meaning that adverse employment actions were taken against her because she engaged in protected activity?

*If your answer is Yes, your verdict is for Ivy Tang.  If your answer is No, your verdict is for Citizens Bank and David Nackley.*

\_\_\_ YES                                    \_\_\_ NO

**IF YOUR ANSWERS TO QUESTIONS 1 AND 2 ARE BOTH "NO," STOP. YOUR VERDICT IS COMPLETE.  THE FOREPERSON SHOULD SIGN BELOW AND**

**NOTIFY THE COURT OFFICER. IF YOU ANSWERED "YES" TO EITHER QUESTION 1 OR QUESTION 2, PROCEED TO QUESTION 3.**

**QUESTION 3.** If you found that plaintiff proved that Defendants engaged in unlawful harassment or retaliation, what sum of money do you find to be appropriate compensation to the plaintiff for injuries suffered as a result of that conduct?

_____ (Amount in figures)

_____ (Amount in words)

_____
Signature of Foreperson

Dated: February 3, 2017

    Respectfully submitted,

    */s/* Mark W. Batten
    Mark W. Batten (BBO #566211)
    Rebecca J. Sivitz (BBO #684374)
    Samantha L. Regenbogen (BBO #690763)
    PROSKAUER ROSE LLP
    One International Place
    Boston, MA 02110
    Phone: (617) 526-9600
    Fax: (617) 526-9899
    mbatten@proskauer.com

    *Counsel for Defendants*