**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| XIAOYAN TANG,<br>Plaintiff<br>v.<br>CITIZENS BANK (a/k/a CITIZENS BANK, N.A., a/k/a CITIZENS, N.A. a/k/a CITIZENS, a/k/a RBS CITIZENS, N.A.); RBS CITIZENS, N.A. THE ROYAL BANK OF SCOTLAND GROUP (a/k/a RBS); DAVID M. NACKLEY, and Does 1-10,<br>Defendants | Civil Action No.: 1:14-CV-12550 |

# PLAINTIFF'S MOTION FOR AMENDING A JUDGMENT AND GRANTING A NEW TRIAL

Plaintiff Xiaoyan Tang, pursuant to fed. r. civ. p. 59(e) and fed. r. civ. p. 59(b), hereby moves this Honorable Court to amend the judgment for the Defendants entered on March 10th, 2017 and respectfully requests a new trial. The grounds for this Motion are set forth in the accompanying Memorandum In

Support Of Plaintiff's Motion For Amending A Judgment And Granting A New Trial.

Respectfully submitted,

Xiaoyan Tang

Xiaoyan Tang

XIAOYAN TANG
Plaintiff

P. O. Box 92
Menlo Park, CA 94026
Soareagles@gmail.com

(617) 319-3126

## CERTIFICATION OF COMPLIANCE WITH RULE 59

I hereby certify that this motion complies with Federal Rule of 59 (e) and Federal Rule of 59 (b).

Dated: April 7, 2017

Xiaoyan Tang

XIAOYAN TANG
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the Defendants via the U.S. Mail Service this 7th of April, 2017.

Dated: April 7, 2017

Xiaoyan Tang

XIAOYAN TANG
Plaintiff