**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

XIAOYAN TANG,
Plaintiff
v.
CITIZENS BANK (a/k/a CITIZENS BANK, N.A., a/k/a CITIZENS, N.A. a/k/a CITIZENS, a/k/a RBS CITIZENS, N.A.); RBS CITIZENS, N.A. THE ROYAL BANK OF SCOTLAND GROUP (a/k/a RBS); DAVID M. NACKLEY, and Does 1-10,
Defendants

Civil Action No.: 1:14-CV-12550

**<u>NOTICE OF APPEAL</u>**

Pursuant to Federal Rules, please take notice that Plaintiff and Appellant Xiaoyan Tang hereby appeals from the the judgment for the Defendants entered on March 10th, 2017.

Respectfully submitted,

Xiaoyan Tang

Xiaoyan Tang

XIAOYAN TANG
Plaintiff and Appellant

P. O. Box 92
Menlo Park, CA 94026
Soareagles@gmail.com

(617) 319-3126

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the Defendants via the U.S. Mail Service this 7th of April, 2017.

Dated: April 7, 2017

Xiaoyan Tang

XIAOYAN TANG
Plaintiff and Appellant